STEVEN C. MITCHELL, ESQ., SBN 124644
RAYMOND J. FULLERTON, ESQ., SBN 219264
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, PC
37 Old Courthouse Square, Fourth Floor
Santa Rosa, California 95404
Telephone: (707) 545-1660
Facsimile: (707) 545-1876

Attorneys for Defendants
COUNTY OF SONOMA and BILL COGBILL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY W. GREMP,<br><br>    Plaintiff,<br><br>vs.<br><br>SONOMA COUNTY, JIM PICCININI, individually and in his capacity as acting Sheriff of Sonoma County, and BILL COGBILL, individually and in his capacity as Sheriff of Sonoma County and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO: C 07 2316 MMC (EMC)<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF SETTLEMENT CONFERENCE** |

WHEREAS, a Settlement Conference is currently set for January 24, 2008, with Magistrate Judge Edward M. Chen. The Trial Date is set for July 21, 2008;

WHEREAS, key depositions in this matter are now set for February 5, 2008, with the anticipation that plaintiff's deposition will be set the following week. Plaintiff had noticed the depositions to commence earlier, but due to calendar conflicts and the holidays, they were not able to go forward previously;

WHEREAS, a Settlement Conference would be most efficient after initial depositions of the parties, and therefore we request that the Settlement Conference be continued to March 17, 2008, or any date shortly thereafter that is convenient with the Court.

///

NOW, THEREFORE, IT IS HEREBY STIPULATED AND ORDERED AS FOLLOWS:

The Settlement Conference in this matter is continued to March _____, 2008, at _____ a.m., before Magistrate Judge Edward M. Chen.

Dated: 1/16/08

JORDAN STANZLER,
Attorney for Plaintiff,
LARY W. GREMP

Dated: 1/16/08

STEVEN C. MITCHELL
Attorneys for Defendants

IT IS SO ORDERED. The Settlement Conference is continued to March 17, 2008, at 9:30 a.m.

Dated: January 18, 2008

HON. MAXINE M. CHESNEY
District Court Judge