1  Jordan S. Stanzler (SBN 54620)
   STANZLER FUNDERBURK & CASTELLON LLP
2  2479 E. Bayshore Rd., Suite 703
   Palo Alto, CA 94303
3  Telephone:    (650) 739-0200
   Facsimile:    (650) 617-6888
4

5  Attorneys for Plaintiff
   LARY W. GREMP
6
                    UNITED STATES DISTRICT COURT
7
                  NORTHERN DISTRICT OF CALIFORNIA
8
   LARY W. GREMP,                          )   Case No. C 07-02316 BZ   MMC
9                                          )
              Plaintiff,                    )
10                                         )   STIPULATION/ORDER RE
              v.                            )   POSTPONEMENT OF SETTLEMENT
11                                         )   CONFERENCE
   SONOMA COUNTY, JIM PICCININI,           )
12 individually and in his capacity as acting Sheriff )
   of Sonoma County, and BILL COGBILL,     )
13 individually and in his capacity as Sheriff of )
   Sonoma County and DOES 1 through 10,    )
14 inclusive,                              )   Complaint Filed: April 27, 2007
                                           )
15            Defendants.                   )
                                           )
16                                         )
                                           )
17 _____)

18

19       IT IS HEREBY STIPULATED between the parties as follows:

20       Whereas, on March 7, 2008, plaintiff filed a motion for leave to file a Second Amended

21 Complaint, which motion is set for hearing on April 18, 2008;

22       Whereas, plaintiff's motion seeks to add two new parties;

23       Whereas, defendants intend to oppose said motion for leave to amend, but agree that the

24 presently set settlement conference should be continued until after the motion for leave to amend

25 has been heard;

26       Whereby the parties stipulate that the settlement conference presently set be vacated and

27 re-set after the hearing on the motion for leave to amend.

28

IT IS SO STIPULATED.

Dated: March 10, 2008                    STANZLER FUNDERBURK & CASTELLON LLP


By: _____
          Jordan S. Stanzler

          Attorneys for Plaintiff LARY W. GREMP



Dated: March 10, 2008                    GEARY, SHEA, O'DONNELL, GRATTAN &
                                          MITCHELL


By: _____
          Steven C. Mitchell
          Attorney for Defendants

IT IS SO ORDERED:

DATED:   March 11, 2008
                                          United States District Court Judge